# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TARRELL M. SMITH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:15-cv-01762-RFB-NJK

**ORDER**

Petitioner having filed a motion for scheduling order on petition for writ of habeas corpus (ECF No. 11), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for scheduling order on petition for writ of habeas corpus (ECF No. 11) is **GRANTED**. Petitioner will have ninety (90) days from the date of entry of this order to file and serve an amended petition for a writ of habeas corpus.

IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

IT IS FURTHER ORDERED that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but no further response shall be required from respondents until further order of the court.

DATED: February 9, 2017.

                                              RICHARD F. BOULWARE, II
                                              United States District Judge